**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**EUDON RODRIGUEZ-HERNANDEZ,**
**ICE DETAINEE A#096-328-773;**

   *Plaintiff,*

                               **Case No.  SA-25-CV-01323-JKP**

**v.**

**PAM BONDI, UNITED STATES AT-**
**TORNEY GENERAL; KRISTI LYNN**
**NOEM, SECRETARY OF THE UNIT-**
**ED STATES DEPARTMENT OF**
**HOMELAND SECURITY; TODD M.**
**LYONS, DIRECTOR OF UNITED**
**STATES IMMIGRATION AND CUS-**
**TOMS ENFORCEMENT; MIGUEL**
**VERGARA, ACTING ICE SAN AN-**
**TONIO FIELD OFFICE DIRECTOR**
**U.S. IMMIGRATION AND CUSTOMS**
**ENFORCEMENT; DANIEL SUBIA,**
**ASSISTANT ICE KARNES FIELD**
**OFFICE DIRECTOR U.S. IMMIGRA-**
**TION AND CUSTOMS ENFORCE-**
**MENT; AND WAYMON BARRY,**
**WARDEN OF KARNES COUNTY**
**IMMIGRATION PROCESSING CEN-**
**TER;**

   *Defendants*.

**O R D E R**

     Before the Court is Petitioner's Motion to Dismiss Habeas Petition as Moot. *ECF No. 7*.

In the Motion, Petitioner's counsel states Petitioner has been released from custody. *Id. at 2*. As

such, Petitioner requests the court dismiss this habeas action as moot and close this case.

In accordance with Federal Rule 41(a)(2), it is **ORDERED** Petitioner's Motion to Dismiss Habeas Petition as Moot, (*ECF No. 7*), is **GRANTED**.

The Clerk of Court is therefore **DIRECTED** to close this case.

It is so ORDERED.
SIGNED this 14th day of November, 2025.

_____
JASON  PULLIAM
UNITED STATES DISTRICT JUDGE